Commonwealth *v.* Davis, Appellant.

Before GUERIN, P. J., without a jury.

Argued March 20, 1969. *Harry D. Sporkin,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Delores Wilson,* Assistant District Attorney, *Richard A. Sprague,* First

Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.